# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Christopher M. Wolpert　　　　　　　　　　　　　　　　　　　　　　　Jane K. Castro
Clerk of Court　　　　　　　　　October 12, 2022　　　　　　　Chief Deputy Clerk

Jeremy J. Lindsey
Prisoner ID # 92451
Lansing Correctional Facility
P.O. Box 2
Lansing, KS 66043

      Re:    Case No. 21-3025, *Lindsey v. Cook*

Dear Mr. Lindsey:

This letter is sent in response to your document titled Motion for Release of Judgment and or Reopen Case. As you know, this case was dismissed on April 12, 2022, for lack of prosecution. 10th Cir. R. 3.3(B) & 42.1. After reviewing the merits of your motion to proceed on appeal without prepayment of the filing fees, a panel of this court denied that motion and directed you to pay the $505.00 filing fees in full by March 25, 2022. The same judicial panel denied your motion to reconsider the directive to pay the fees in full. Because the filing fees were unpaid and deadline to pay them expired, the court dismissed the case for failure to prosecute.

Our local rules require that the reason for dismissal must be remedied before the court will file or consider a request to reinstate an appeal. 10th Cir. R. 42.2. You have not remedied the reason for dismissal – *i.e.*, paid the appellate filing fees in full. Therefore, we are not permitted to file your motion to reinstate the appeal, nor will we submit it to the court.

A final note regarding the court's ministerial order directing your prison to collect partial payments of the filing fees: the court's November 2, 2021 ministerial order expressly stated "[a]lthough *the court will defer ruling on the substantive aspects of the request*, we will assess the fee at this time and direct partial payments" and "[t]he motion will ultimately be addressed by the panel assigned to review this appeal." (Order 11/2/21 at 1 ¶1 (emphasis added).) The federal statute allowing prison litigants to request leave to pay the filing fees in partial payments requires the court to collect partial payments of the filing fees pending a final decision on the merits of that motion. 28 U.S.C. § 1915(b). The order directing the collection of partial payments was in no way a final decision on the merits of your § 1915 motion, but only a ministerial directive to comply with the federal statute. When the judicial panel assigned to this appeal considered the merits of your

motion to pay the filing fees in partial payments, they determined the motion should be denied, which triggered the obligation for you to pay the $505.00 filing fees in full before the court would consider the merits of your overall appeal.

Sincerely,

CHRISTOPHER M. WOLPERT, Clerk

CW/ls