United States Court Of Appeals
For The Tenth Circuit

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2021 AUG 29 AM 10:33

Jeremy Lindsey
Appellant

v

Russell Cook
Appellee

Case No. 21-3025

## Motion To Reinstate Appeal And Amend Brief

Comes Now Jeremy Lindsey respectfully request The Court to reinstate his appeal and allow his Brief To be amended In Support, Appellant has Paid the Full filing fee required by the Court, and Appellant Has Amended his breif to support issues raised.

Respectfully Submitted
Jeremy Lindsey 92451
Eldorado Corr Fac
PO Box 311
Eldorado KS 67042

Page 1 of 1