FILED
United States Court of Appeals
Tenth Circuit

August 29, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

JEREMY J. LINDSEY,

    Plaintiff - Appellant,

v.

RUSSELL COOK,

    Defendant - Appellee.

No. 21-3025
(D.C. No. 5:19-CV-03094-HLT-TJJ)
(D. Kan.)

_____

**ORDER**
_____

On February 23, 2022, this court: (1) held that the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), applies to this appeal; (2) denied plaintiff-appellant Jeremy J. Lindsey's motion to proceed *in forma pauperis* on appeal; (3) ordered him to pay the full $505.00 appellate filing fee on or before March 25, 2022; and (4) advised Mr. Lindsey that "failure to pay the filing fee as directed will result in the appeal's dismissal for failure to prosecute." [CTA10 Dkt. No. 73]. The court later denied Mr. Lindsey's motion for reconsideration of that order [CTA10 Dkt. No. 78] and dismissed the appeal for failure to prosecute when Mr. Lindsey failed to pay the filing fee in full as it had directed. *See* 28 U.S.C. § 1915(g); 10th Cir. R. 3.3(B), 10th Cir. R. 42.1.

This matter is now before the court on Mr. Lindsey's *Motion to Reinstate Appeal and Amend Brief*, in which he: (1) states that he has paid the appellate filing fee in full; and (2) requests leave to amend the opening brief he filed with the court on October 18,

2021. The court notes that the district court recently advised Mr. Lindsey that he currently owes $7.97 toward the filing fee and that it had received but returned to Mr. Lindsey a check that exceeded that amount. [Dist. Ct. Dkt. No. 90]. The district court directed Mr. Lindsey to pay the remaining balance due for the filing fee (i.e., $7.97) as required by 28 U.S.C. § 1915(b)(1). [*Id.*].

Upon consideration of Mr. Lindsey's motion and the district court docket, the court denies the *Motion to Reinstate Appeal and Amend Brief* without prejudice to renewal. Any renewed motion to reinstate the appeal must include evidence that Mr. Lindsey has, in fact, paid the $7.97 the district court advised him was currently due and owing. [*See* Dist. Ct. Dkt. No. 90]; *see* 10th Cir. R. 42.2 ("A motion to reinstate an appeal dismissed for failure to prosecute may not be filed unless the failure is remedied or the remedy for the failure accompanies the motion.").

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk