In The United States Court Of Appeals
For The Tenth Circuit

Jeremy Lindsey 92451
    Plaintiff

VS
                    Case No. 21-3025

Russell Cook
    Defendant

## Motion To Reinstate Appeal

Plaintiff has Paid full filing fee, and have attached Exhibit A, Plaintiff have already Submitted Brief, but Instructed by Court Clerk I would Not be filed until Proof of filing Fee Paid in full. Plaintiff request His brief be filed now being held By Court Clerk.

                      Respectfully
                      Jeremy Lindsey 92451
                      PO Box 311/EDCF
10-20-25        Eldorado KS 67042

RECEIVED
U.S. COURT OF APPEALS
10TH CIRCUIT
2025 OCT 23 PM 1:12

Exhibit A

Case Number: DKSX519CV003094  Case Title: LINDSEY (ID 92451) V. COOK ET AL

**Summary Party Information:**

| Party # | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | KSXA020432 | JEREMY J. LINDSEY | KSXA519CV-030941 | PLRA FILING FEE 5100PL | | 190.00 | 190.00 | 0.00 |
| 001 | KSXA020432 | JEREMY J. LINDSEY | KSXA519CV-030941 | PLRA FILING FEE 0869PL | | 60.00 | 60.00 | 0.00 |
| 001 | KSXA020432 | JEREMY J. LINDSEY | KSXA519CV-030941 | PLRA FILING FEE 086400 | | 100.00 | 100.00 | 0.00 |
| 001 | KSXA020432 | JEREMY J. LINDSEY | KSXA519CV-030941 | APPEAL PLRA FILING FEE | | 200.00 | 200.00 | 0.00 |
| 001 | KSXA020432 | JEREMY J. LINDSEY | KSXA519CV-030941 | APPEAL PLRA FILING FEE | | 105.00 | 105.00 | 0.00 |
| 001 | KSXA020432 | JEREMY J. LINDSEY | KSXA519CV-030941 | APPEAL PLRA FILING FEE 086400 | | 200.00 | 200.00 | 0.00 |
| | | | | | | 855.00 | 855.00 | 0.00 |

**Summary Payee Information:**

| Payee/Adr Code | Payee Name | Total Owed | Total Paid | Total Outstanding |
|---|---|---|---|---|
| | | 0.00 | 0.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|

| Parameter | Value |
|---|---|
| Case Number | DKSX519CV003094 |
| Party Number | 001 |
| Payee Code | |
| Display Party Detail | Y - Print Party Details |
| Display Payee Detail | Y - Print Payee Details |
| Display Transactions | Y - Print Transaction History |

Jeremy Lindsey
92451
EDCF
Po Box 311
Eldorado KS
67042

Scanned by
US Marshal

US POSTAGE
quadient
FIRST-CLASS MAIL
IMI
$000.74
10/24/2025 ZIP 67042
043M31240048

WICHITA KS 670
Legal 2025AM 3 L
Mail

United States Court of Appeals
1823 Stout Street
Denver Co, 80257

80257



NOTICE! This correspondence was mailed from an institution operated by the Kansas Department of Corrections. It's contents are uncensored.