UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

FILED
United States Court of Appeals
Tenth Circuit

April 12, 2022

Christopher M. Wolpert
Clerk of Court

JEREMY J. LINDSEY,

    Plaintiff - Appellant,

v.

RUSSELL COOK,

    Defendant - Appellee.

No. 21-3025
(D.C. No. 5:19-CV-03094-HLT-TJJ)
(D. Kan.)

_____

**ORDER**
_____

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rules 3.3(B) and 42.1. A copy of this order shall stand as and for the mandate of the court.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk